```
┌─────────────────────────────────────────────────────────────────────────┐
│          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│              CIVIL DOCKET ENTRIES FOR CASE A84-0368--CV (HRH)           │
│                   "CHRIS F. DENNIS V WILLIAM F. KINN ET AL"             │
├─────────────────────────────────────────────────────────────────────────┤
│           Including terminated parties, excluding terminated counsel    │
└─────────────────────────────────────────────────────────────────────────┘
```

     Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
              Filed: 08/31/84
             Closed: 05/12/88

        Jurisdiction: (3) Federal Question (US Govt not a Party)
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (410) Antitrust
                      ANTITRUST, CIVIL RIGHTS, RICO
              Origin: (1) Original Proceeding
              Demand: UNDETERMINED
          Filing fee: Paid $60.00 on 08/31/84 receipt #
            Trial by:


Parties of Record:                         | Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1  |     | DENNIS, CHRIS F. MD      | No counsel found for this party! |
| DEF 1.1  | [T] | KINN, WILLIAM F. MD      | No counsel found for this party! |
| DEF 2.1  |     | COX, RUSS                | No counsel found for this party! |
| DEF 3.1  |     | DENNIS, CAROL A.         | No counsel found for this party! |
| DEF 4.1  |     | DUNLAP, LARRY MD         | No counsel found for this party! |
| DEF 5.1  |     | EARP, ANCEL MD           | No counsel found for this party! |
| DEF 6.1  | [T] | HAMMOND, ROBERT P. OD    | No counsel found for this party! |
| DEF 7.1  | [T] | LEE, HOI PAIK MD         | No counsel found for this party! |
| DEF 8.1  | [T] | MARTINO, RONALD MD       | No counsel found for this party! |
| DEF 9.1  | [T] | MCCONKEY, SAMUEL A. MD   | No counsel found for this party! |
| DEF 10.1 |     | MINGEN, THOMAS           | No counsel found for this party! |
| DEF 11.1 |     | MONTANO, WILLIAM MD      | No counsel found for this party! |
| DEF 12.1 | [T] | O'LONE, JOSEPH P. MD     | No counsel found for this party! |
| DEF 13.1 | [T] | PARRY, RICHARD G. MD     | No counsel found for this party! |
| DEF 14.1 | [T] | RAUGUST, RICHARD P. MD   | No counsel found for this party! |
| DEF 15.1 | [T] | TINSLEY, RONALD E. MD    | No counsel found for this party! |

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CIVIL DOCKET PARTY INFORMATION FOR CASE A84-0368--CV (HRH)
                       "CHRIS F. DENNIS V WILLIAM F. KINN ET AL"

              Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 16.1 | [T] | WENNEN, WILLIAM MD | No counsel found for this party! |
| DEF 17.1 | [T] | WHIPPLE, BRUCE G. MD | No counsel found for this party! |
| DEF 18.1 | [T] | WOLF, BRUCE J. MD | No counsel found for this party! |
| DEF 19.1 | | WORRALL, JOSEPH A. MD | No counsel found for this party! |
| DEF 20.1 | [T] | ANESTHESIA ASSOCIATES INC | No counsel found for this party! |
| DEF 21.1 | | COMPASS INC | No counsel found for this party! |
| DEF 22.1 | | DATA CENTER | No counsel found for this party! |
| DEF 23.1 | | EYE, EAR, NOSE & THROAT CLINIC INC | No counsel found for this party! |
| DEF 24.1 | [T] | LUTHERAN HOSPITALS & HOMES SOCIETY OF AMERICA INC | No counsel found for this party! |
| DEF 25.1 | | GREATER FAIRBANKS COMMUNITY HOSPITAL FOUNDATION INC | No counsel found for this party! |
| DEF 26.1 | | 19TH & LATHROP CORP | No counsel found for this party! |
| DEF 27.1 | | WIN ASSOCIATES | No counsel found for this party! |
| DEF 28.1 | [T] | ARK | No counsel found for this party! |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A84-0368--CV (HRH)
                            "CHRIS F. DENNIS V WILLIAM F. KINN ET AL"

                                      For all filing dates
```

```
  Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
 Magistrate Judge:
    Referral Rule:
            Filed: 08/31/84
           Closed: 05/12/88

     Jurisdiction: (3) Federal Question (US Govt not a Party)
    PLF Diversity:
    DEF Diversity:

   Nature of Suit: (410) Antitrust
                   ANTITRUST, CIVIL RIGHTS, RICO
           Origin: (1) Original Proceeding
           Demand: UNDETERMINED
       Filing fee: Paid $60.00 on 08/31/84 receipt #
         Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 6 - 1 | 10/28/99 | Exhibit inventory and dispostion notice of exh 64 returned to Burr, Pease & Kurtz. |